443 A.2d 383

Commonwealth v. Mosley, Appellant.

Petition for Allowance of Appeal Denied July 20, 1982.

586

 Argued December 9, 1981. William T. Cannon, for appellant; Gary Tennis, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

The judgment of sentence is hereby affirmed.